IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KIMBERLY GREGORY,**

    Petitioner,

vs.                                                      5:04-CV-307-SPM

**JOSE BARRON, JR**

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 6) filed March 30, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. This case is *dismissed* without prejudice for failure to exhaust administrative remedies.

**DONE AND ORDERED** this <u>fourth</u> day of May, 2005.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge

/pao